UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2008 JUN 16  P 4: 00

BY_____
   DEPUTY CLERK

ERNEST JACKSON

VERSUS

FRANCISCO MALDONADO, JR., ET AL.

CIVIL ACTION

NO. 07-937-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 22, 2008 (doc. no. 9) and the Trial Stipulation Regarding Quantum (doc. no. 10) submitted by both parties.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand (Doc. no. 8) filed by plaintiff, Ernest Jackson, is GRANTED, and this matter is REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge, Louisiana, for further proceedings.

Baton Rouge, Louisiana, June 16th, 2008.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA